United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
                                    |
                                    |
                                    |
Paula Golio                         |
                                    |    NOTICE OF ASSIGNMENT
                                    |      OF RELATED CASE
            -v-                     |    7:07cv03673(WCC)(GAY)
                                    |
Louis Public Company Ltd., et al    |
                                    |
            Defendants.             |
------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

        JUDGE:     HON. William C. Conner
  as related to:   07cv03665 (WCC)

    All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

    The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

                                    J. Michael McMahon, CLERK

                                by: _____
                                     Fiona Keegan - Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: George A. Yanthis
CC:  Attorneys of Record

WP ASSIGNMENT FORM

Data Quality Control                                          Revised: September 9, 2004
I:FORMS\ASSIGN\ASSIG.WPD