Conner, J

516 832 7555    NIXON PEABODY LLP    11:13:53 a.m.   06-22-2007    3/4

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ELIZABETH BURBAGE,
                          Plaintiff,

            - against -

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,
                          Defendants.

and related actions set forth below.
-------------------------------------------------------------- x

STIPULATION AND
ORDER EXTENDING
TIME TO ANSWER,
MOVE OR OTHERWISE
RESPOND

(WCC)(GAY)
Case No. 07 CIV. 3665
and related actions set
forth below

ECF CASE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the time for defendant Group Voyagers, Inc. d/b/a Globus to answer, move or otherwise respond to the Complaints in this action, and the following actions delineated below, which was originally scheduled for June 22, 2007, is hereby extended to and includes July 20, 2007. This represents Group Voyagers, Inc.'s first request for an extension of time.

> Balducci, 7:07-cv-3668-WCC
> Cullen, 7:07-cv-3666-WCC
> Cullen, 7:07-cv-3669-WCC
> De Astis, 7:07-cv-3681-WCC
> Golio, 7:07-cv-3673-WCC
> Horrigan, 7:07-cv-3677-WCC
> La Forge, 7:07-cv-3671-WCC
> Lindsay, 7:07-cv-3680-WCC
> Murphy, 7:07-cv-3672-WCC
> O'Malley, 7:07-cv-3678-WCC
> Rizzuto, 7:07-cv-3679-WCC
> Rizzuto, 7:07-cv-3674-WCC
> Tomasetti, 7:07-cv-3667-WCC
> Winrow, 7:07-cv-3676-WCC

**IT IS FURTHER STIPULATED AND AGREED** that Group Voyagers, Inc. agrees to waive any issue with regard to service of process.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

E-
COPIES MAILED TO COUNSEL OF RECORD for 7/1
+ MAILED TO Δ COUNSEL

516 832 7555    NIXON PEABODY LLP                           11:14:22 a.m.   06-22-2007    4 /4

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and filed with the Clerk of the Court in each of the aforementioned actions without further notice, and that signatures obtained via facsimile shall have the same force and effect as original signatures.

Dated: June 22, 2007

| | |
|---|---|
| **LAW OFFICE OF TODD J. KROUNER** | **NIXON PEABODY LLP** |
| By: _/s/ Jacqueline M. James_<br>Jacqueline M. James (JJ1845) | By: _/s/ Joseph J. Ortego_<br>Joseph J. Ortego (JO3839)<br>Santo Borruso (SB3936) |
| 93 North Greeley Avenue, Suite 100<br>Chappaqua, New York 10514<br>(914) 238-5800 | 50 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 832-7500 |
| Attorneys for Plaintiff | Attorneys for Defendant<br>Group Voyagers, Inc. d/b/a Globus |

SO ORDERED:

_/s/ William C. Conner_
William C. Conner, U.S.D.J.

dated: White Plains, NY
June 27, 2007

- 2 -

02/09/2006 06:53 FAX 9142385544    TODD J KROUNER    ☒005